No. 78–335. CHESAPEAKE & OHIO RAILWAY CO. *v.* LAFONTAINE. C. A. 6th Cir. Motion of National Railway Labor Conference for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 78–347. ORECK CORP. *v.* WHIRLPOOL CORP. ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE BLACKMUN would grant certiorari.